IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS,

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-10117-1-JWB

ANGEL MARTIN,

Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on Defendant's motion (Doc. 156) and amended motion (Doc 157) for an extension of time to file a motion under 28 U.S.C. § 2255. Defendant was sentenced on September 4, 2025, and judgment entered that same date. (Doc. 85.) After a restitution hearing was held, an amended judgment was entered on December 3, 2025. (Doc. 105.) Under § 2255(f), Defendant has one year to file his federal habeas petition after his conviction becomes final. Because he did not file a direct appeal, the one year statute of limitations period began to run 14 days after the entry of judgment. Therefore, his one year statute of limitations period will expire on December 17, 2026. *See United States v. Anthony*, 25 F.4th 792, 802 (10th Cir. 2022) (discussing that § 2255 limitations period begins after restitution proceedings conclude).

As Defendant's statute of limitations period has not yet expired, his motions for an extension of time (Docs. 156, 157) are DENIED AS MOOT.

IT IS SO ORDERED. Dated this 14th day of August, 2026.

s/ John W. Broomes
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE